# IN THE SUPREME COURT OF THE STATE OF NEVADA

RIGOBERTO ENRIQUE ISZAZ,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 69298

FILED

FEB 1 0 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a pro se petition for a writ of mandamus. Petitioner challenges the effective assistance of his counsel and seeks an order directing the district court to produce the original stenographic transcript of a hearing on September 23, 2013. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any of the underlying claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160; NRS 34.170. A challenge to the validity of the judgment of conviction must be raised in a postconviction petition for a writ of habeas corpus filed in the district court in the first instance.[1] NRS 34.724(2)(b); NRS 34.738(1). Petitioner has failed to demonstrate a need for the original stenographic transcript of the September 23, 2013, hearing. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

---

[1] We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.

16-04423

cc:  Rigoberto Enrique Iszaz
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

# IN THE SUPREME COURT OF THE STATE OF NEVADA

RIGOBERTO ENRIQUE ISZAZ,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 69298

FILED

FEB 1 0 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This is a pro se petition for a writ of mandamus. Petitioner challenges the effective assistance of his counsel and seeks an order directing the district court to produce the original stenographic transcript of a hearing on September 23, 2013. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any of the underlying claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160; NRS 34.170. A challenge to the validity of the judgment of conviction must be raised in a postconviction petition for a writ of habeas corpus filed in the district court in the first instance.[1] NRS 34.724(2)(b); NRS 34.738(1). Petitioner has failed to demonstrate a need for the original stenographic transcript of the September 23, 2013, hearing. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

---

[1]We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.

16-04423

cc: Rigoberto Enrique Iszaz
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A